IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00901-REB-MJW

B & R PLASTICS, INC.,

Plaintiff(s),

v.

NORM THOMPSON OUTFITTERS, INC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Leave to Appear at July 31, 2009 Scheduling/Planning Conference Via Telephone, DN 11, filed with the Court on July 16, 2009, is DENIED.  Counsel shall appear in court, in person for the scheduling conference on July 31, 2009, at 10:30 a.m.

Date:    July 17, 2009