IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  09-cv-00901-REB-MJW

B & R PLASTICS, INC.,

Plaintiff(s),

v.

NORM THOMPSON OUTFITTERS, INC,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that the Joint Motion for Entry of Agreed Protective Order (docket no. 27) is GRANTED.  The written Agreed Protective Order (docket no. 27) is APPROVED as amended in paragraphs 12 and 16 and made an Order of Court.

Date:   September 18, 2009