**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00901-REB-MJW

B & R PLASTICS, INC., a Colorado corporation,

      Plaintiff,

v.

NORM THOMPSON OUTFITTERS, INC., an Oregon corporation,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Stipulated Motion for Dismissal** [#38] filed January 5, 2010. After careful review of the motion and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal** [#38] filed January 5, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for July 23, 2010, is **VACATED**;

3. That the jury trial set to commence August 9, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated January 6, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge